UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JOSEPH BILOTTA and ROSINA BILOTTA.                    Civil Action No.

                Plaintiff,

    -against-                                                              **Rule 7.1 Statement**

PACIFIC INDEMNITY COMPANY,

                Defendant- Petitioners.
------------------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for (private non-governmental party) PACIFIC INDEMNITY COMPANY certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

                The Chubb Corporation

Dated:  New York, New York
March 20, 2008

                ROSNER NOCERA & RAGONE


                By: __\S\ John P. Foudy_____
                    John A. Nocera (JAN-3399)
                    John P. Foudy (JPF-7322)
                    Attorneys for Defendant/Petitioner
                    110 Wall Street, 23rd Floor
                    New York, NY 10005
                    (212) 635-2244


To:    Baxter Smith Tassan & Shapiro P.C.
         Attorneys for Plaintiffs
         99 North Broadway
         Hicksville, NY 11801