UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSEPH BILOTTA and ROSINA BILOTTA,

                Plaintiffs,              Civil Action No. 08 CIV 2939

    -against-

PACIFIC INDEMNITY COMPANY,

                Defendants.
-----------------------------------------------------------X

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK   )
                               ss:
COUNTY OF NEW YORK )

    I, CHRISTINE SWEENEY, being duly sworn, deposes and says:

deponent is not a party to the action, is over the age of 18 years and resides at Staten Island, New York:

    That on March 21, 2008 deponent served the within **Notice of Removal And Petition For Removal:**

        Upon:  Baxter Smith Tassan & Shapiro P.C.
                   Attorneys for Plaintiffs
                   99 North Broadway
                   Hicksville, New York 11801

the addresses designated by said parties and/or attorney(s) for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                          CHRISTINE SWEENEY

Sworn before me this
21st day of March, 2008

JOHN P. FOUDY
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02FO5027891
QUALIFIED IN SUFFOLK COUNTY
MY COMMISSION EXPIRES MAY 23, 20 10